IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TABATHA FLOWERS,**

    **Plaintiff,**

    **v.**                                    **Case No. 2:17-cv-208**
                                            **Judge Michael H. Watson**
                                            **Magistrate Judge Chelsey M. Vascura**

**RIVERSIDE LANDING NURSING**
**AND REHABILITATION INC.,**

    **Defendant.**

## ORDER

Pursuant to Defendant's Motion to Cancel Mediation (ECF No. 13), the Court's November 27, 2017 Notice of Mediation Conference, setting this case for mediation is **VACATED**. The parties are **DIRECTED** to contact the mediator to reschedule the mediation.

    **IT IS SO ORDERED.**

                                            /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE